IN THE UNITED STATES BANKRUPTCY COURT
For the DISTRICT of SOUTH DAKOTA
SIOUX FALLS DIVISION

| | | |
|---|---|---|
| In re:<br>Roger Habeck<br><br>Debtor(s) | )<br>)<br>)<br>)<br>) | Chapter: 13<br><br>REQUEST FOR SPECIAL NOTICE<br>Case Number: 07-10032<br>[No Hearing Required] |

TO THE CLERK:

The undersigned attorneys for:
ECAST FOB WELLS FARGO

a creditor of the above referenced debtor.

Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

REQUEST IS HEREBY MADE that ECAST FOB WELLS FARGO be given and served with all notices given or required to be given in the case as follows:

ECAST FOB WELLS FARGO
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 10/08/07
Account Number: ****************0001

Respectfully submitted,
Bass & Associates, P.C.

By: /s/ Patti H. Bass  (AZ 016849)
   Attorneys for Creditor
   ECAST FOB WELLS FARGO
   3936 E Ft Lowell Rd Suite 200
   Tucson, AZ  85712-1083
   (520) 577-1544
   ecf@bass-associates.com